**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shaun M. Harris,<br><br>       Plaintiff,<br><br>vs.<br><br>Sgt. Meneses, et al.,<br><br>       Defendants. | No. CIV 07-0374-PHX-SMM (DKD)<br><br>**ORDER** |

It appearing to the Court that Defendants' Motion to Dismiss (Doc. #10), filed May 2, 2007, is now ready for the Court's consideration,

**IT IS THEREFORE ORDERED** withdrawing the reference to the current Magistrate Judge as to the Motion to Dismiss (Doc. #10). All other matters shall remain before the Magistrate Judge for disposition as appropriate.

DATED this 1st day of June, 2007.

*[signature]*
Stephen M. McNamee
United States District Judge