**WO**                                                                                                                    BL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Shaun M. Harris, | ) | No. CV 07-0374-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Meneses, et al., | ) | |
| Defendant. | ) | |

Plaintiff filed a 42 U.S.C. § 1983 action against Sergeant Meneses, Officer Carfagna, and Sergeant Vance, alleging that his constitutional rights were violated due to the use of excessive force (Doc. #1). Plaintiff's action was dismissed without prejudice for failure to exhaust his administrative remedies because Plaintiff had available remedies which he failed to utilize (Doc. #21).

Plaintiff has now moved to amend his complaint (Doc. #23). Because Plaintiff's action was dismissed, there is no live complaint which he could amend. See Fed.R.Civ.P. 15. Additionally, to the extent Plaintiff is seeking reconsideration, he is not entitled to relief. The Court may relieve a party from a final judgment for: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence; (3) fraud; (4) the judgment is void; (5) the judgment is satisfied, released, or discharged; or (6) any other reasons justifying relief from the operation of the judgment. Fed.R.Civ.P. 60(b). In his motion, Plaintiff is merely

1  reasserting his original arguments which the Court determined were not supported by the
2  evidence. Accordingly, Plaintiff's motion will be denied.
3      Plaintiff is notified that, absent extraordinary circumstances, any other motions filed
4  in the instant action will be summarily denied. Absent an order from the Court, Defendants
5  need not respond to any motions filed by Plaintiff in the instant action. Finally, "[a]n appeal
6  may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in
7  good faith." 28 U.S.C. § 1915(a)(3). The Court properly dismissed Plaintiff's action and any
8  appeal from that order is not taken in good faith.
9      **IT IS ORDERED:**
10     (1) Defendant's Motion for Leave to Amend (Doc. # 23) is **DENIED.**
11     (2) All other pending motions are **DENIED AS MOOT**.
12     DATED this 12th day of July, 2007.

_____
Stephen M. McNamee
United States District Judge

- 2 -