**WO**                                                                                          BL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shaun M. Harris, | No. CV 07-0374-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Meneses, et al., | |
| Defendant. | |

Pending before the Court is Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 27). Because Plaintiff's action was dismissed, there is no live complaint which he could amend. See Fed.R.Civ.P. 15. Additionally, to the extent Plaintiff is seeking reconsideration, he is not entitled to relief. The Court may relieve a party from a final judgment for: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence; (3) fraud; (4) the judgment is void; (5) the judgment is satisfied, released, or discharged; or (6) any other reasons justifying relief from the operation of the judgment. Fed.R.Civ.P. 60(b). In his motion, Plaintiff is merely reasserting his original arguments which the Court determined were not supported by the evidence. Accordingly,

**IT IS HEREBY ORDERED DENYING** Defendant's Motion for Leave to Amend (Doc. # 27) is **DENIED.**

DATED this 19th day of September, 2007.

Stephen M. McNamee
United States District Judge